**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DONNA BURTON,** | Case No. 3:16-cv-06447-WHA |
| Plaintiff, | **ORDER** Re: Stipulated Dismissal |
| vs. | |
| **GILA LLC, dba MUNICIPAL SERVICES BUREAU,** | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and attorneys' fees.

Dated this __22__ day of February, 2017.



_____
The Honorable William Alsup

Order to Dismiss - 1